**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ARETHA CROSSON, Individually and as the
representative of a class of similarly situated persons,

ALLYNE R. ROSS  U.S.D.J.
9/13/2020

Plaintiff,                          Case No.   1:20-cv-2720-ARR-RER

- against -

UNIVERSAL STANDARD, INC.,

                                    Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to

FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without

costs or attorneys' fees, of the above-referenced matter against Universal Standard, Inc.  No

Answer has been filed in this case.

Dated: Scarsdale, New York
    September 11, 2020

                    SHAKED LAW GOUP, P.C.
                    Attorneys for Plaintiff

                    By: */s/Dan Shaked*
                        Dan Shaked (DS-3331)
                        14 Harwood Court, Suite 415
                        Scarsdale, NY 10583
                        Tel. (917) 373-9128
                        Fax (718) 704-7555
                        e-mail: ShakedLawGroup@Gmail.com